IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Kevin Charles, | ) | C/A No.: 3:16-3375-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| City of Sumter, | ) | |
| Defendant. | ) | |

This action was removed to this court on October 13, 2016. [ECF No. 1]. Pursuant to the scheduling order dispositive motions, if any, were to be filed by no later than May 30, 2017. [ECF No. 5]. This deadline has now expired.[1]

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

June 12, 2017  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] In emails to the parties on May 31, 2017, chambers staff noted that the deadline for dispositive motions had expired and that any motion for an extension of time should be filed in compliance with Local Civ. Rule 6.01 (D.S.C.). No motion has been filed.